[No. 31943-4-I.     Division One.     May 23, 1994.]

DENNY KENDALL, *Respondent*, v. BARRY HAMMER, ET
AL, *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89-2-00531-8, Robert C. Bibb, J., entered
November 13, 1992. *Reversed* by unpublished opinion per
Grosse, J., concurred in by Webster, C.J., and Scholfield, J.

[Nos. 30114-4-I; 30115-2-I.     Division One.     May 23, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. LOUIS
HILLARY SANDERS, ET AL, *Respondents*.

Appeals from a judgment of the Superior Court for King
County, No. 91-1-05752-1, James A. Noe, J., entered January
9, 1992. *Reversed* by unpublished opinion per Kennedy, J.,
concurred in by Grosse and Baker, JJ.

[No. 30304-0-I.     Division One.     May 23, 1994.]

BRUCE PINEO, *Appellant*, v. KIRK ANDERSON, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-04391-6, Ricardo S. Martinez, J., entered
February 21, 1992. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Scholfield and Baker, JJ.

[No. 32488-8-I.     Division One.     May 23, 1994.]

JAMES SHAW, *Appellant*, v. THE UNIVERSITY OF
WASHINGTON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-16897-9, John Riley, J. Pro Tem., entered
February 25, 1993. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Webster, C.J., and Scholfield, J.